435 A.2d 249

Commonwealth v. Wood, a/k/a, Henry, Appellant.

Submitted April 16, 1980. John R. Valaw, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.

435 A.2d 249

Crosta et vir., Appellants v. Perris et al.

Submitted November 14, 1980. Michael R. Kelly, for appellant; James D. Elder, for appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

The order of the lower court is affirmed.